UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Victor Btesh<br>Michelle's DVD Funhouse, Inc.<br>  *d/b/a "The Amazing Express"*<br>MJR Prime, LLC<br>  *d/b/a "Ready 2 Go"*<br>Prime Brooklyn, LLC<br>  *d/b/a "Super Super Fast"*<br><br>            Defendants. | No. 3:22-cr-24<br>Judges Crytzer/Guyton |

## **MOTION FOR LEAVE TO FILE SUPPLEMENTAL DOCUMENTS UNDER SEAL**

The United States, through the undersigned, hereby requests that the proposed supplemental appendix and exhibits associated with the United States' sentencing memorandum for the above-referenced defendants be sealed due to the sensitive nature of the material contained therein, as they contain personal identifiable information and the identities of unindicted coconspirators.

Wherefore, the United States respectfully requests that the proposed documents as to defendants Victor Btesh, Michelle's DVD Funhouse, Inc., MJR Prime, LLC, and Prime Brooklyn, LLC be sealed with the exception that the U.S. Attorney's Office will provide copies to counsel for those defendants and to the U.S. Probation Office.

**For the United States**

                                               **FRANCIS M. HAMILTON III**
                                               United States Attorney

 August 16, 2023                                         _____
DATE                                                         ROBERT M. JACOBS, IL Bar No. 6289819
                                                             KEVIN C. CULUM, MT Bar No. 3460
                                                             ELIZABETH K. NOONAN-POMADA,
                                                             IL Bar No. 6327383
                                                             NICKOLAS R. FORAN, NE Bar No. 27156
                                                             Antitrust Division
                                                             U.S. Department of Justice
                                                             Chicago Office
                                                             209 S. LaSalle St., Ste 600
                                                             Chicago, IL 60604
                                                             Tel:  312-984-7200
                                                             Robert.Jacobs@usdoj.gov

                                                             WILLIAM A. ROACH, JR., TN Bar No. 028349
                                                             Assistant United States Attorney
                                                             Eastern District of Tennessee