UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | **No. 3:22-CR-024** |
| | ) | |
| VICTOR BTESH, | ) | JUDGES CRYTZER/ |
| MICHELLE'S DVD FUNHOUSE, INC., | ) | POPLIN |
| MJR PRIME, LLC, | ) | |
| PRIME BROOKLYN, LLC | ) | **MOTION TO FILE UNDER SEAL** |
| | ) | |
| **Defendants** | ) | |

## MOTION OF DEFENDANT VICTOR BTESH
## FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS UNDER SEAL

Come now Defendant, Victor Btesh, through undersigned counsel, pursuant to Rule 12.2 of the Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee, and moves for leave to have the proposed materials, associated with his Sentencing Memorandum, filed under seal due to the sensitive information contained therein, including but not limited to personal identifiable information, and identities of unindicted conspirators.

Undersigned counsel will provide copies to counsel for the Government and to the U.S. Probation Office.

Respectfully submitted this 18th day of August, 2023.

*/s/ Donald A. Bosch*
Donald A. Bosch (BPR No. 013168)
Ann C. Short (BPR No. 009645)

**THE BOSCH LAW FIRM**
712 South Gay Street
Knoxville, TN 37902
(865) 637-2142

*Counsel for Victor Btesh*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2023, the foregoing was filed electronically, using the CM/ECF system, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt.

                                                  */s/ Donald A. Bosch*
                                                  DONALD A. BOSCH